■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAKEM T. COLDALLAH, Appellant. (Appeal No. 1.) [915 NYS2d 882]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered October 6, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE L. JOHNSON, Appellant. [915 NYS2d 882]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered January 18, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRESTON GREEN, Appellant. [915 NYS2d 882]—Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered July 28, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.